AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRUCE R. TRAVIS

V.

UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01584

CASE

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/11/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

BRUCE TRAVIS
214 HELEUMA PL.
KIHEI, HI. 96753

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON          SEP 11, 2006
CLERK                                DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — SEP 19 2006

Sent To: US ATTORNEY - K. WAINSTEIN
Street, Apt. No.; or PO Box No.: D. OF COLUMBIA 501 3RD ST.
City, State, ZIP+4: WASH, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0002 5355 6747

---

[S]TATES DISTRICT COURT
[Di]strict of Columbia

$7431

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01584

CASE    JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/__/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~PRO SE~~ (name and address)

BRUCE TRAVIS
214 HELEUMA PL.
KIHEI, HI.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
K. WAINSTEIN
501 3RD ST.
DISTRICT OF COLUMBIA
WASHINGTON D.C.
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 2 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7005 0390 0002 5355 6747

PS Form 3811, February 2004    Domestic Return Receipt    102595-02

_60_ days after service by default will be taken against you for [a]ction must be filed with the Clerk of this

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is SEPT. 25, 2006 . The cost of the mailing is $ 5.00

Certified mail # 7005 0390 0002 5355 6747

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____    10/01/02
Signature                  Date