IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-01584-RCL |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss this action. As grounds for this motion, the United States asserts that Plaintiff's complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: November 14, 2006                   Respectfully submitted,

                                                                                                                              /s/ Nicole M. Stoduto
                                                                                                                              NICOLE M. STODUTO
                                                                                                                              Trial Attorney, Tax Division
                                                                                                                              U.S. Department of Justice
                                                                                                                              Post Office Box 227
                                                                                                                              Washington, DC 20044
                                                                                                                              Telephone: (202) 616-9785
                                                                                                                              Facsimile: (202) 514-6966
                                                                                                                              Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney