IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-01584-RCL |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, PROPOSED ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiff *pro se* on the 14th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Bruce R. Travis
Plaintiff *pro se*
214 Heleuma Place
Kihie, HI 96753

　　　　　　　　　　　　　　　　　　　　/s/ Nicole M. Stoduto
　　　　　　　　　　　　　　　　　　　　NICOLE M. STODUTO