UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bruce R Travis

       Plaintiff(s),      Case No. 1:06-cv-01584-RCL

v.

United States

       Defendant.

RECEIVED
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR ENLARGEMENT OF TIME

Plaintiff is in receipt of an order from the Court dated November 14, 2006 requiring plaintiff to respond to a motion to dismiss that plaintiff is not in receipt of. The Court appears to either be rushing plaintiff to justice or attempting to deny plaintiff due process of law by not granting plaintiff sufficient time to kraft a proper response.

Plaintiff is entitled to notice and opportunity to be heard. Plaintiff has not received any motion to dismiss. Therefore, plaintiff has not received notice. Additionally, plaintiff is unschooled in law, does not have access to researchers, paralegals and other staff to assist him in complying with the Court's order. Plaintiff has not contacted defense counsel because plaintiff has not received counsel's motion and has no knowledge of who defense counsel is.

Wherefore, for the above reasons plaintiff requests an enlargement of time to kraft a response. As shown above plaintiff has not received defendants' motion and therefore

has no knowledge as to how much time it will take to respond.

Dated  11/20/06           , 2006

*Bruce R. Travis*
Bruce R Travis
PO Box 311
Kihei, Hawaii 96753