IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE R. TRAVIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-01584-RCL |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF ADDITIONAL SERVICE</u>

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS,

MEMORANDUM, PROPOSED ORDER, and NOTICE OF RELATED CASES were

caused to be served an additional time upon Plaintiff *pro se* on the 28th day of

November, 2006, by depositing a copy in the United States' mail, postage prepaid,

addressed as follows:

> BRUCE R. TRAVIS
> Plaintiff *pro se*
> P.O. Box 311
> Kihei, HI 96753

> /s/ Nicole M. Stoduto
> NICOLE M. STODUTO