IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1584-RCL |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

<u>UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT</u>

The United States moves to dismiss the amended complaint filed in this action. As grounds for this motion, the United States asserts that Plaintiff's amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 19, 2006                Respectfully submitted,

                                                                                     /s/ Nicole M. Stoduto
                                                                                    NICOLE M. STODUTO
                                                                                     Trial Attorney, Tax Division
                                                                                     U.S. Department of Justice
                                                                                     Post Office Box 227
                                                                                      Washington, DC 20044
                                                                                     Telephone: (202) 616-9785
                                                                                     Facsimile: (202) 514-6966
                                                                                     Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney