IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1584-RCL |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, and PROPOSED ORDER were caused to be served upon Plaintiff *pro se* on the 19th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

BRUCE R. TRAVIS
Plaintiff *pro se*
P.O. Box 311
Kihei, HI 96753

                                                     /s/ Nicole M. Stoduto
                                                     NICOLE M. STODUTO