IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE R. TRAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-1584-RCL |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M.

Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007                                Respectfully submitted,


 /s/ Anne E. Blaess
ANNE E. BLAESS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9806
Facsimile: (202) 514-6866
Email: Anne.E.Blaess@usdoj.gov