IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1584-RCL |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

BRUCE R. TRAVIS
Plaintiff *pro se*
P.O. Box 311
Kihei, HI 96753

　　　　　　　　　　　　　　　　　　　　　　　／s/ Anne E. Blaess
　　　　　　　　　　　　　　　　　　　　　　　ANNE E. BLAESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1584-RCL |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

BRUCE R. TRAVIS
Plaintiff *pro se*
P.O. Box 311
Kihei, HI 96753

/s/ Anne E. Blaess
ANNE E. BLAESS