UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1584 (RCL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the United States' Motion to Dismiss [10], memorandum in support thereof, and the opposition and reply thereto, the Court concludes that the Motion should be granted. Accordingly, it is this 8th day of May, 2007,

ORDERED, that the United States' Motion to Dismiss [10] amended complaint is GRANTED; and it is further

ORDERED, that plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE, and it is further

ORDERED, that the Motion to Dismiss [5] the original Complaint is dismissed as moot; and it is further

ORDERED, that plaintiff's Motion [7] for Extension of Time is granted, *nunc pro tunc*, and it is further

ORDERED, that the clerk shall distribute conformed copies of this Order to the parties and representatives of the parties listed below.

Nicole M. Stoduto, Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington DC 20044

Bruce R. Travis
PO Box 311
Kihei, HI 96753

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 8, 2007.