# United States District Court
IN THE DISTRICT OF COLUMBIA

,Bruce R Travis

        Plaintiff(s),        Case No. 1:06-cv-01584 RCL

v.

United States
        Defendant.

### MOTION FOR RELIEF FROM ORDER OF DISMISSAL UNDER FED.R.CIV.P. 60(b)(6)

Plaintiff seeks relief from the Order of Dismissal, dismissing the above-captioned action on the basis that said Order was obtained by means specified in Fed.R.Civ.P 60(b)(6).

Fed.R.Civ.P 60(b) states:

On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: ***(6) any other reason justifying relief from the operation of the judgment.

Plaintiff asserts that the court misrepresented law, and legal precedent in its order dismissing the above captioned matter. In doing so, the Court committed reversible error in issuing the said order. This motion is discussed more fully in Plaintiff's MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER OF DISMISSAL UNDER FED.R.CIV.P. 60(b)(6).

Based upon the attached memorandum, Plaintiff respectfully seeks relief from Order of Dismissal dismissing the above-captioned action

        Respectfully Submitted

**RECEIVED**

JUN 7 — 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated JUNE 4, 2007

*[signature]*
Bruce R Travis

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Anne E Blass
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated June 4, 2007

*[signature]*
Bruce R Travis