# United States District Court
## IN THE DISTRICT OF COLUMBIA

Bruce R Travis

                    Plaintiff(s),

       Case No. 1:06-cv-01584 RCL

       Sent 6/2/07

v.

United States      Defendant.

## MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER OF DISMISSAL UNDER FED.R.CIV.P. 60(b), (6)

Plaintiff seeks relief from the Order of dismissal dismissing the above-captioned action on the basis that said Order was obtained by means specified in Fed.R.Civ.P 60(b)(6).

Fed.R.Civ.P 60(b) states:

On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: ***(6) any other reason justifying relief from the operation of the judgment.

Plaintiff asserts that the court misrepresented law; and legal precedent in its order dismissing the above captioned matter. In doing so, the Court committed reversible error in issuing the said order.

### QUESTION

### DID THE COURT COMMIT REVERSIBLE ERROR IN DISMISSING THE ABOVE CAPTIONED MATTER

### DISCUSSION



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bruce R Travis

        Plaintiff(s),        Case No. 1:06-cv-01495

v.

United States
        Defendant.

### REQUEST FOR ENLARGEMENT OF TIME

Plaintiff is in receipt of an order from the Court dated November 14, 2006 requiring plaintiff to respond to a motion to dismiss that plaintiff is not in receipt of. The Court appears to either be rushing plaintiff to justice or attempting to deny plaintiff due process of law by not granting plaintiff sufficient time to kraft a proper response.

Plaintiff is entitled to notice and opportunity to be heard. Plaintiff has not received any motion to dismiss. Therefore, plaintiff has not received notice. Additionally, plaintiff is unschooled in law, does not have access to researchers, paralegals and other staff to assist him in complying with the Court's order. Plaintiff has not contacted defense counsel because plaintiff has not received counsel's motion and has no knowledge of who defense counsel is.

Wherefore, for the above reasons plaintiff requests an enlargement of time to kraft a response. As shown above plaintiff has not received defendants' motion and therefore

has no knowledge as to how much time it will take to respond.

Dated JUNE 2, 2007

*[signature]*
Bruce R Travis
PO Box 311
Kihei, Hawaii 96753

*[postmark: KIHEI HI 96753, JUN 2007, USPS]*