UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BRUCE R. TRAVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1584 (RCL) |
| **UNITED STATES,** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of plaintiff's motion [16] for relief from order of dismissal, the opposition thereto, and the record herein, it is hereby

ORDERED, that plaintiff's motion is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.